Edward O. Comitz (*Pro Hac Vice*)
Patrick Stanley (*Pro Hac Vice*)
(ecomitz@bffb.com)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

Tonna K. Farrar (#237605)
(tfarrar@bffb.com)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
501 W. Broadway, Suite 1450
San Diego, California 92101
Telephone: (619) 756-7095
Facsimile: (602) 798-5879

Attorneys for Plaintiff

Order not signed by Judge Illston. Counsel need to arrange for an ADR conference with the ADR dept.

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAL BURNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>　　　　Defendant. | Case No. C07-0122 SI<br><br>**PLAINTIFF'S NOTICE OF FILING CORRECTED STATEMENT REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>(Jury Trial Demanded) |

　　　　Plaintiff, Dal Burns ("Burns"), by and through undersigned counsel, hereby files a corrected statement regarding ADR to <u>accurately</u> state the current status of the parties' discussion with respect to Alternative Dispute Resolution.

**PLAINTIFF'S NOTICE OF FILING CORRECTED STATEMENT REGARDING ADR**　　　　1

Defendant filed a document with this Court, which is titled on the Docket as "STIPULATION and Proposed Order selecting Early Neutral Evaluation" as the method of ADR to be employed. Plaintiff has made it abundantly clear to Defendant that he has no interest in pursuing Early Neutral Evaluation pursuant to ADR L.R. 5. Instead, Plaintiff expressed an interest in participating in mediation, which request was rejected by Defendant.

In that the parties could not agree on an ADR process, counsel for Plaintiff asked counsel for Defendant to sign a "Notice for Need for an ADR Phone Conference." *See* e-mail attached hereto as **Exhibit A**. Without hearing back from counsel for Defendant, counsel for Plaintiff then received an e-mail Notice from the Court entitled, "STIPULATION and Proposed Order selecting Early Neutral Evaluation," which attached Plaintiff's request for an ADR Phone Conference as a <u>secondary</u> document, and which <u>failed to address Plaintiff's position regarding mediation</u>. Both the Docket Entry and filed Notice make it appear that Plaintiff has agreed to Early Neutral Evaluation, which is most certainly not the case. The "Docket Text" on the Notice, as stated above, describes a "STIPULATION and Proposed Order selecting Early Neutral Evaluation." The first page of the document itself, to which Plaintiff's counsel never agreed or signed, provides that "[t]he parties agree to participate in the following ADR process" followed by a check mark next to Early Neutral Evaluation.

While Plaintiff will give Defendant's counsel the benefit of the doubt that this was merely an oversight, Plaintiff wants to make it abundantly clear, both to the Court and opposing counsel, that it has not and will not agree to Early Neutral Evaluation as the method of ADR to be used in this matter, and that he further requests an ADR Phone Conference.

. . .

. . .

**PLAINTIFF'S NOTICE OF FILING CORRECTED STATEMENT REGARDING ADR**      2

1  DATED this 20thday of March, 2007.

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.

By: ___/s/ Patrick T. Stanley_____
        Edward O. Comitz
        Patrick T. Stanley
        2901 North Central Avenue, Suite 1000
        Phoenix, AZ 85012

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
        Tonna K. Farrar
        501 West Broadway, Suite 1450
        San Diego, California 92101
        *Attorneys for Plaintiff*

12  . . .

13  . . .

14  . . .

**PLAINTIFF'S NOTICE OF FILING CORRECTED
STATEMENT REGARDING ADR**                    3

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Thomas M. Herlihy
John T. Burntie
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
herlihy@kelher.com
Jtb@kelher.com
*Attorneys for Defendant*

      /s/ Elizabeth A. Klatt
Elizabeth A. Klatt
Secretary for Patrick T. Stanley

**PLAINTIFF'S NOTICE OF FILING CORRECTED STATEMENT REGARDING ADR**   4